# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ROBERT B. SAUCIER, AN INDIVIDUAL,<br><br>     Appellant,<br><br>    vs.<br><br>GALAXY GAMING, INC., AN NEVADA CORPORATION,<br><br>     Respondent. | No. 81626<br><br>**FILED**<br><br>NOV 16 2021<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Nancy L. Allf, District Judge
   Salvatore C. Gugino, Settlement Judge
   Garman Turner Gordon
   Pisanelli Bice, PLLC
   Eighth District Court Clerk

21-32941